

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 2-20CR-068-Z |
| JAMES ARAGON | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Possession with Intent to Distribute
### 50 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about July 24, 2020, in the Amarillo Division of the Northern District of Texas, and elsewhere, **James Aragon**, defendant, did knowingly and intentionally possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Two</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(i))

On or about July 24, 2020, in the Amarillo Division of the Northern District of Texas, and elsewhere, **James Aragon**, defendant, did knowingly possess a firearm, to wit: a Ruger LCP, .380 caliber pistol, serial number 37373765; in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute 50 Grams or More of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946), as charged in Count One of this indictment, an offense for which he may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found in Title 18, United States Code, Section 924(c)(1)(A)(i); and Title 18, United States Code, Section 2.

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a), **James Aragon**, defendant, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Ruger LCP, .380 caliber pistol, serial number 37373765.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-Mail:        sean.taylor@usdoj.gov

James Aragon
Indictment - Page 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

JAMES ARAGON

INDICTMENT

COUNT 1:     POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT 2:     POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(A)(i), and 2.

FORFEITURE NOTICE
(2 COUNTS)

A true bill rendered:

Lubbock                                    _[signature]_ Foreperson

Filed in open court this __12th__ day of __August__, A.D. 2020.

                                                                                      Clerk

DEFENDANT IN FEDERAL CUSTODY
(Magistrate Case No. 2:20-MJ-98 – filed 7/27/2020)

_[signature]_
UNITED STATES MAGISTRATE JUDGE